# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HANCOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>A. LEONG, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00325-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT OTTING<br><br>[ECF Nos. 20, 24] |

Plaintiff James Hancock is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 28, 2014, Defendants Barnhart, Gonzalez, Parker, and Sagisi filed an answer to Plaintiff's complaint.

On August 4, 2014, the Court issued a discovery and scheduling order. (ECF No. 20.)

On February 10, 2015, Defendant Oetting filed an answer to the complaint. All of the deadlines set forth in the Court's August 4, 2014, discovery and scheduling order are extended to Defendant Oetting as well.

IT IS SO ORDERED.

Dated:   **February 11, 2015**

UNITED STATES MAGISTRATE JUDGE

1